THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRED SYROP, Appellant.

*Crimes — robbery, first degree, as second offense — judgment of conviction affirmed.*

People v. *Syrop,* 189 App. Div. 912, affirmed.

(Argued January 25, 1921; decided March 1, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 10, 1919, which affirmed a judgment of the Kings County Court rendered upon a verdict convicting the defendant of the crime of robbery in the first degree as a second offense.

*Frank Hendrick* for appellant.

*Harry E. Lewis, District Attorney (Harry G. Anderson* and *Ralph E. Hemstreet* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur; HISCOCK, Ch. J. HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.